**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF MARYLAND

Case number *(if known)* _____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JFY Properties II LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | **DBA  The National** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **00-0000000** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5501 Pulaski Highway**<br>**Baltimore, MD 21205**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Baltimore City**<br>County | **Location of principal assets, if different from principal place of business**<br>**3610 Dillon Street Baltimore, MD 21224**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://3610dillon.com/** |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **JFY Properties II LLC**                                    Case number (*if known*) _____
            Name

**7.    Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5313_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor    **JFY Properties II LLC**                                    Case number (*if known*) _____
_____
Name

List all cases. If more than 1,          Debtor    **JFY Properties LLC**                Relationship    **Owns Debtor**
attach a separate list

District    **D. Md.**          When    **5/26/26**          Case number, if known    **TBD**

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **JFY Properties II LLC**                                    Case number (*if known*)
               Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 26, 2026**
                      MM / DD / YYYY

**X** **/s/ David Penner**                                    **David Penner**
         Signature of authorized representative of debtor         Printed name

Title    **Managing Member**

**18. Signature of attorney**

**X** **/s/ Justin P. Fasano**                          Date **May 26, 2026**
         Signature of attorney for debtor                              MM / DD / YYYY

**Justin P. Fasano**
Printed name

**McNamee Hosea,  P.A.**
Firm name

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
Number, Street, City, State & ZIP Code

Contact phone    **301-441-2420**        Email address    **jfasano@mhlawyers.com**

**28659 MD**
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name     **JFY Properties II LLC**

United States Bankruptcy Court for the:     DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **May 26, 2026**              *X* **/s/ David Penner**
                                             Signature of individual signing on behalf of debtor

                                             **David Penner**
                                             Printed name

                                             **Managing Member**
                                             Position or relationship to debtor

Fill in this information to identify the case:

Debtor name    **JFY Properties II LLC**

United States Bankruptcy Court for the:    **DISTRICT OF MARYLAND**

Case number (if known): _____

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Shapiro Sher Guinot & Sandler, P.A. 250 West Pratt Street, Suite 2000 Baltimore, MD 21201** | | **Legal** | | | | **$9,626.24** |
| **Otis Elevator 840 Franklin Ct Suite 200 Marietta, GA 30067** | | **Elevator** | | | | **$350.00** |
| **JPMorgan Chase Bank NA 270 Park Avenue New York, NY 10017** | | **Credit Card** | | | | **$327.99** |

**Fill in this information to identify the case:**

Debtor name     **JFY Properties II LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*...........................................................................................    $    **16,430,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................    $    **167,550.55**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................    $    **16,597,550.55**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **12,063,989.68**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **10,304.23**

4.  **Total liabilities** ..............................................................................................................................
    Lines 2 + 3a + 3b                                                                                                          $    **12,074,293.91**

**Fill in this information to identify the case:**

Debtor name   **JFY Properties II LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | | | **Current value of debtor's interest** |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Firstrust Bank** | **Checking** | **7257** | **$149,350.55** |
| 3.2. | **Rosedale Bank** | **Checking** | | **$500.00** |
| 3.3. | **Firstrust (Security Deposit Account** | **Checking** | **7265** | **$17,700.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**   **$167,550.55**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

Debtor    **JFY Properties II LLC** _____        Case number *(If known)* _____
          Name

☐ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **3610 Dillon Street, Baltimore MD 21224** | **Fee Simple** | **$0.00** | **Appraisal** | **$16,430,000.00** |

---

Debtor    **JFY Properties II LLC**                                    Case number *(If known)* _____
          Name

56.    **Total of Part 9.**                                          | **$16,430,000.00** |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor    **JFY Properties II LLC**                                   Case number *(If known)* _____
        Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $167,550.55 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $16,430,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $167,550.55 | + 91b. $16,430,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $16,597,550.55 |

**Fill in this information to identify the case:**

Debtor name __JFY Properties II LLC__

United States Bankruptcy Court for the:  DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 　　12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1 Fund Investment 171, LLC**<br>Creditor's Name<br><br>**700 Forest Avenue**<br>**Birmingham, MI 48009**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/31/24**<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**3610 Dillon Street, Baltimore MD 21224**<br>_____<br>**Describe the lien**<br>**Deed of Trust**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$12,063,989.68** | **$16,430,000.00** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | | |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**　　**$12,063,989.68**

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **David Sommer, Esq.**<br>**Gallagher LLP**<br>**650 South Exeter Street**<br>**Suite 1200**<br>**Baltimore, MD 21202** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name   **JFY Properties II LLC**

United States Bankruptcy Court for the:   DISTRICT OF MARYLAND

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**JPMorgan Chase Bank NA**<br>**270 Park Avenue**<br>**New York, NY 10017**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Credit Card__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $327.99 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Otis Elevator**<br>**840 Franklin Ct Suite 200**<br>**Marietta, GA 30067**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Elevator__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $350.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Shapiro Sher Guinot & Sandler, P.A.**<br>**250 West Pratt Street, Suite 2000**<br>**Baltimore, MD 21201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Legal__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $9,626.24 |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| Total of claim amounts |
|---|
|  |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of 2

29742

Debtor    **JFY Properties II LLC**                           Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. **+** $ | 10,304.23 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. $ | 10,304.23 |

**Fill in this information to identify the case:**

Debtor name    **JFY Properties II LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Management Agreement** | |
| | State the term remaining | | **3610 Management Group LLC** |
| | List the contract number of any government contract | | **5501 Pulaski Highway** **Baltimore, MD 21205** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **2 BR, 2 Bath, $2385** | |
| | State the term remaining | | **A.B. and M. J.** |
| | List the contract number of any government contract | | **3610 Dillon Street** **Unit 215** **Baltimore, MD 21224** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1810** | |
| | State the term remaining | **6/30/26** | **A.D.** |
| | List the contract number of any government contract | | **3610 Dillon Street** **Unit 502** **Baltimore, MD 21224** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1788** | |
| | State the term remaining | **1/31/27** | **A.J.** |
| | List the contract number of any government contract | | **3610 Dillon Street** **Unit 414** **Baltimore, MD 21224** |

| Debtor 1 | **JFY Properties II LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1825** | |
|---|---|---|---|
| | State the term remaining | **11/30/26** | **A.K.**<br>**3610 Dillon Street**<br>**Unit 307**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $2025** | |
|---|---|---|---|
| | State the term remaining | **10/31/26** | **A.M.**<br>**3610 Dillon Street**<br>**Unit 504**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1920** | |
|---|---|---|---|
| | State the term remaining | **6/30/26** | **A.M.**<br>**3610 Dillon Street**<br>**Unit 505**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising** | |
|---|---|---|---|
| | State the term remaining | | **Apartment.com**<br>**3350 Peachtree Rd NE**<br>**Atlanta, GA 30326** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1728** | |
|---|---|---|---|
| | State the term remaining | **8.31.26** | **C.D.**<br>**3610 Dillon Street**<br>**Unit 407**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

Debtor 1 **JFY Properties II LLC**                                      Case number (*if known*) _____

First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1788** | |
| | State the term remaining | **9/30/26** | **C.H.** **3610 Dillon Street** **Unit 314** **Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1788** | |
| | State the term remaining | **2/28/27** | **C.H.** **3610 Dillon Street** **Unit 403** **Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1788** | |
| | State the term remaining | **6/30/26** | **C.H. and S.H.** **3610 Dillon Street** **Unit 510** **Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **1 bed/ 1 bath, $1,800 per month** | |
| | State the term remaining | **6/30/26** | **C.P.** **3610 Dillon Street** **Unit 202** **Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **1 BR, 1 Bath, $,1728** | |
| | State the term remaining | **3/31/27** | **C.P.** **3610 Dillon Street** **Unit 207** **Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

Debtor 1 **JFY Properties II LLC**
First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1888** | |
| --- | --- | --- | --- |
| | State the term remaining | **12/31/26** | **C.P.**<br>**3610 Dillon Street**<br>**Unit 507**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1788** | |
| --- | --- | --- | --- |
| | State the term remaining | **9/30/26** | **C.T.**<br>**3610 Dillon Street**<br>**Unit 313**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1828** | |
| --- | --- | --- | --- |
| | State the term remaining | **8/31/26** | **CYP**<br>**3610 Dillon Street**<br>**Unit 306**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **2BR 2bath $2385** | |
| --- | --- | --- | --- |
| | State the term remaining | **6/30/26** | **D.D. and C.B.**<br>**3610 Dillon Street**<br>**Unit 401**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1900** | |
| --- | --- | --- | --- |
| | State the term remaining | **9/30/26** | **D.J.**<br>**3610 Dillon Street**<br>**Unit 315**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| Debtor 1 | **JFY Properties II LLC** | | | Case number *(if known)* | |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **2BR 2bath $2430**

State the term remaining — **6/30/26**

List the contract number of any government contract

**D.S.**
**3610 Dillon Street**
**Unit 501**
**Baltimore, MD 21224**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1788**

State the term remaining — **11/28/25**

List the contract number of any government contract

**D.S. and R.O.**
**3610 Dillon Street**
**Unit 309**
**Baltimore, MD 21224**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **2 BR 2bath $2385**

State the term remaining — **5/31/27**

List the contract number of any government contract

**E.W. and M.S.**
**3610 Dillon Street**
**Unit 415**
**Baltimore, MD 21224**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **1 BR, 1 Bath, $1920**

State the term remaining — **6/30/26**

List the contract number of any government contract

**G.S.**
**3610 Dillon Street**
**Unit 213**
**Baltimore, MD 21224**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1888**

State the term remaining — **2/28/27**

List the contract number of any government contract

**G.V.H.**
**3610 Dillon Street**
**Unit 503**
**Baltimore, MD 21224**

---

| Debtor 1 | **JFY Properties II LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1788** | |
| | State the term remaining | **6/30/26** | **J.B.**<br>**3610 Dillon Street**<br>**Unit 409**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **1 BR, 1 bath, $1788 per month** | |
| | State the term remaining | **4/30/27** | **J.H.**<br>**3610 Dillon Street**<br>**Unit 203**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1788** | |
| | State the term remaining | **11/30/26** | **J.H. and E.H.**<br>**3610 Dillon Street**<br>**Unit 311**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **1 BR, 1 Bath, $1788** | |
| | State the term remaining | **10/31/26** | **J.K.**<br>**3610 Dillon Street**<br>**Unit 214**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |
| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **2 BR, 1 Bath, $2,160** | |
| | State the term remaining | **7/31/26** | **J.M. and J.M.**<br>**3610 Dillon Street**<br>**Unit 211**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

Debtor 1  **JFY Properties II LLC**
First Name        Middle Name        Last Name

Case number (*if known*)



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $2000**

State the term remaining — **5/31/27**

List the contract number of any government contract

**J.S.**
**3610 Dillon Street**
**Unit 506**
**Baltimore, MD 21224**

**2.31.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1800**

State the term remaining — **5/31/27**

List the contract number of any government contract

**J.T.**
**3610 Dillon Street**
**Unit 412**
**Baltimore, MD 21224**

**2.32.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1788**

State the term remaining — **2/28/27**

List the contract number of any government contract

**K.B.**
**3610 Dillon Street**
**Unit 312**
**Baltimore, MD 21224**

**2.33.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1880**

State the term remaining — **9/30/26**

List the contract number of any government contract

**K.C.**
**3610 Dillon Street**
**Unit 513**
**Baltimore, MD 21224**

**2.34.** State what the contract or lease is for and the nature of the debtor's interest — **1 BR, 1 Bath, $1825**

State the term remaining — **7/31/26**

List the contract number of any government contract

**K.F.**
**3610 Dillon Street**
**Unit 208**
**Baltimore, MD 21224**

Debtor 1 **JFY Properties II LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.35.** State what the contract or lease is for and the nature of the debtor's interest — **1 BR, 1 Bath, $1825**

State the term remaining — **3/31/267**

List the contract number of any government contract

**K.G.**
**3610 Dillon Street**
**Unit 208**
**Baltimore, MD 21224**

**2.36.** State what the contract or lease is for and the nature of the debtor's interest — **1 BR, 1 Bath, $1825**

State the term remaining — **6/30/27**

List the contract number of any government contract

**K.J.**
**3610 Dillon Street**
**Unit 209**
**Baltimore, MD 21224**

**2.37.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1728**

State the term remaining — **5/31/26**

List the contract number of any government contract

**K.S.**
**3610 Dillon Street**
**Unit 408**
**Baltimore, MD 21224**

**2.38.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1828**

State the term remaining — **6/30/26**

List the contract number of any government contract

**L.M. and M.N.**
**3610 Dillon Street**
**Unit 512**
**Baltimore, MD 21224**

**2.39.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1788**

State the term remaining — **1/31/27**

List the contract number of any government contract

**L.M.S.M.**
**3610 Dillon Street**
**Unit 305**
**Baltimore, MD 21224**

Debtor 1 **JFY Properties II LLC**

First Name          Middle Name          Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **2 Bed/ 2 Bath 2200/ mth**

State the term remaining — **12/31/26**

List the contract number of any government contract

**L2 Accomodations**
**3610 Dillon Street**
**Unit 201**
**Baltimore, MD 21224**

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Insurance**

State the term remaining

List the contract number of any government contract

**Liberty Mutual Insurance**
**175 Berkeley Street**
**Boston, MA 02116**

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1 bath $1788**

State the term remaining — **10/31/26**

List the contract number of any government contract

**M.E.**
**3610 Dillon Street**
**Unit 302**
**Baltimore, MD 21224**

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1825**

State the term remaining — **1/31/27**

List the contract number of any government contract

**M.H.F. and M.E.F.**
**3610 Dillon Street**
**Unit 405**
**Baltimore, MD 21224**

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **2BR 2 bath $2385**

State the term remaining — **6/22/26**

List the contract number of any government contract

**M.M. and M.D**
**3610 Dillon Street**
**Unit 301**
**Baltimore, MD 21224**

Debtor 1 **JFY Properties II LLC**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1788** | |
|---|---|---|---|
| | State the term remaining | **7/31/26** | **M.W.**<br>**3610 Dillon Street**<br>**Unit 413**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1988** | |
|---|---|---|---|
| | State the term remaining | **5/31/27** | **M.Z.**<br>**3610 Dillon Street**<br>**Unit 304**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **2BR 1bath $2214** | |
|---|---|---|---|
| | State the term remaining | **4/30/27** | **N.H.**<br>**3610 Dillon Street**<br>**Unit 511**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1888** | |
|---|---|---|---|
| | State the term remaining | **5/31/26** | **N.M.**<br>**3610 Dillon Street**<br>**Unit 508**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1 bath $1825** | |
|---|---|---|---|
| | State the term remaining | **5/31/26** | **N.N.**<br>**3610 Dillon Street**<br>**Unit 303**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

Debtor 1 **JFY Properties II LLC**                                     Case number *(if known)* _____
         First Name        Middle Name        Last Name

## ■ Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

    **1BR 1bath $1825**

State the term remaining     **8/31/26**

List the contract number of any government contract

**O.R.**
**3610 Dillon Street**
**Unit 308**
**Baltimore, MD 21224**

---

**2.51.** State what the contract or lease is for and the nature of the debtor's interest

    **Elevator**

State the term remaining

List the contract number of any government contract

**Otis Elevator**
**840 Franklin Ct Suite 200**
**Marietta, GA 30067**

---

**2.52.** State what the contract or lease is for and the nature of the debtor's interest

    **1 BR, 1 Bath, $,1728**

State the term remaining     **7/31/26**

List the contract number of any government contract

**R.H.**
**3610 Dillon Street**
**Unit 205**
**Baltimore, MD 21224**

---

**2.53.** State what the contract or lease is for and the nature of the debtor's interest

    **1 BR, 1 Bath, $1788**

State the term remaining     **4/30/27**

List the contract number of any government contract

**S.F.**
**3610 Dillon Street**
**Unit 212**
**Baltimore, MD 21224**

---

**2.54.** State what the contract or lease is for and the nature of the debtor's interest

    **1 BR 1 Bath, $1908 per month**

State the term remaining     **5/31/27**

List the contract number of any government contract

**S.G. and R. M.**
**3610 Dillon Street**
**Unit 204**
**Baltimore, MD 21224**

---

Debtor 1 **JFY Properties II LLC**
First Name          Middle Name          Last Name

Case number (*if known*) _____

##  Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.55.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1908**

State the term remaining — **5/31/27**

List the contract number of any government contract

**S.S.**
**3610 Dillon Street**
**Unit 406**
**Baltimore, MD 21224**

**2.56.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1825**

State the term remaining — **4/30/27**

List the contract number of any government contract

**T.B.**
**3610 Dillon Street**
**Unit 410**
**Baltimore, MD 21224**

**2.57.** State what the contract or lease is for and the nature of the debtor's interest — **2BR 2bath $$2485**

State the term remaining — **9/30/26**

List the contract number of any government contract

**T.C.**
**3610 Dillon Street**
**Unit 515**
**Baltimore, MD 21224**

**2.58.** State what the contract or lease is for and the nature of the debtor's interest — **1BR 1bath $1908**

State the term remaining — **4/30/27**

List the contract number of any government contract

**W.P.**
**3610 Dillon Street**
**Unit 404**
**Baltimore, MD 21224**

**2.59.** State what the contract or lease is for and the nature of the debtor's interest — **1 BR, 1 Bath, $,1728**

State the term remaining — **5/31/26**

List the contract number of any government contract

**W.S.**
**3610 Dillon Street**
**Unit 206**
**Baltimore, MD 21224**

Debtor 1  **JFY Properties II LLC**                                      Case number (*if known*) _____

First Name        Middle Name        Last Name

<table>
<tr><td style="background:#3d0a3d; width:60px; height:40px;"></td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.60. | State what the contract or lease is for and the nature of the debtor's interest | **1BR 1bath $1818** | |
|---|---|---|---|
| | State the term remaining | **5/31/2017** | **Z.I.**<br>**3610 Dillon Street**<br>**Unit 514**<br>**Baltimore, MD 21224** |
| | List the contract number of any government contract | | |

| 2.61. | State what the contract or lease is for and the nature of the debtor's interest | **Advertising** | |
|---|---|---|---|
| | State the term remaining | | **Zillow**<br>**1301 Second Avenue, Floor 36**<br>**Seattle, WA 98101** |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>JFY Properties II LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF MARYLAND</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| **2.1 Carroll L. Bond, Jr., Investment Trust** | **5501 Pulaski Highway Baltimore, MD 21205** | **Fund Investment 171, LLC** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| **2.2 David Penner** | **757 SE 17th Street # 233 Fort Lauderdale, FL 33316** | **Fund Investment 171, LLC** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |
| **2.3 JFY Properties LLC** | **5501 Pulaski Highway Baltimore, MD 21205 Disputed** | **Fund Investment 171, LLC** | ■ D **2.1**<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name          **JFY Properties II LLC**

United States Bankruptcy Court for the:    DISTRICT OF MARYLAND

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** From  **1/01/2026** to **Filing Date** | �■ Operating a business ☐ Other _____ | **$595,983.48** |
| **For prior year:** From  **1/01/2025** to **12/31/2025** | �■ Operating a business ☐ Other _____ | **$1,293,357.99** |
| **For year before that:** From  **1/01/2024** to **12/31/2024** | �■ Operating a business ☐ Other _____ | **$1,147,708.41** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
| --- | --- | --- | --- |

---

Official Form 207              **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                    page **1**

Debtor   **JFY Properties II LLC**   Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **City of Baltimore**<br>**200 N. Holliday St.**<br>**Baltimore, MD 21202** | **4/1/26** | **$80,083.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Real estate Taxes** |
| 3.2. | **Baltimore Gas & Electric**<br>**39 West Lexington Street**<br>**Baltimore, MD 21203-1475** | **5/11/26:**<br>**$29.02;**<br>**$37.80;**<br>**$43.48;**<br>**$101.70;**<br>**$103.65;**<br>**$183.24;**<br>**$2780.59**<br><br>**4/15:**<br>**$3,315.71;**<br>**$159.68;**<br>**$113.25;**<br>**$70.48;**<br>**42.34; 32.96;**<br>**$31.82;**<br>**$23.59**<br><br>**3/18/26:**<br>**$5,421.89;**<br>**$171.43;**<br>**$139.30;**<br>**$121.00;**<br>**$112.07;**<br>**$110.38;**<br>**$26.88** | **$13,172.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Utilities** |
| 3.3. | **Liberty Mutual Insurance**<br>**175 Berkeley Street**<br>**Boston, MA 02116** | **3/11/26:**<br>**$3,246.70**<br>**4/2/26:**<br>**$3,246.70**<br>**5/12/26:**<br>**$3,246.70** | **$9,740.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance** |
| 3.4. | **Shapiro Sher Guinot & Sandler, P.A.**<br>**250 West Pratt Street, Suite 2000**<br>**Baltimore, MD 21201** | **5/21/26** | **$10,531.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Legal** |
| 3.5. | **JPMorgan Chase Bank NA**<br>**270 Park Avenue**<br>**New York, NY 10017** | **3/16/26:**<br>**$4,782.38**<br>**4/1/26:**<br>**$270.70**<br>**5/11/26:**<br>**$8007** | **$13,060.08** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Debtor   **JFY Properties II LLC** _____   Case number *(if known)* _____

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **To be supplemented** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Fund Investment 171, LLC vs JFY Properties II LLC C-24-CV-26-002789** | **Petition for Receiver** | **Circuit Court for Baltimore City 111 N. Calvert Street Baltimore, MD 21202** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **JFY Properties vs. Donte Busey D-01-LT-26-91098-001** | **Failure to Pay Rent** | **District Court For Baltimore City 501 E Fayette St Baltimore, MD 21202** | ☐ Pending ☐ On appeal ■ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Official Form 207             **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                         page **3**

Debtor __JFY Properties II LLC_____     Case number *(if known)* _____

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **McNamee Hosea,  P.A.**<br>**6404 Ivy Lane, Suite 820**<br>**Greenbelt, MD 20770** | **Attorney Fees** | **5/26/26** | **$38,476.00** |
| | **Email or website address**<br>**jfasano@mhlawyers.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Debtor  **JFY Properties II LLC** _____  Case number *(if known)* _____

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **5**

Debtor **JFY Properties II LLC**                                          Case number *(if known)* _____

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■  No.
    ☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■  No.
    ☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

## Part 13:    Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

Debtor    **JFY Properties II LLC** _____    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Danielle Cartier**<br>**Cartier CPA's LLC**<br>**5737 Ninth Avenue North**<br>**Saint Petersburg, FL 33710** | |
| 26a.2. **David Penner**<br>**757 SE 17th Street # 233**<br>**Fort Lauderdale, FL 33316** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Penner** | **757 SE 17th Street # 233**<br>**Fort Lauderdale, FL 33316** | **Manager** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **7**

Debtor   **JFY Properties II LLC**                                                     Case number *(if known)* _____

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 26, 2026**

**/s/ David Penner**                                          **David Penner**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Maryland

In re   **JFY Properties II LLC**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **JFY Properties LLC**<br>**5501 Pulaski Highway**<br>**Baltimore, MD 21205** | | | **100%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **May 26, 2026**

Signature   **/s/ David Penner**

**David Penner**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## District of Maryland

In re   **JFY Properties II LLC**                          Case No. _____

                                       Debtor(s)        Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 26, 2026** _____           **/s/ David Penner** _____

                                              **David Penner**/**Managing Member**
                                              Signer/Title

3610 Management Group LLC
5501 Pulaski Highway
Baltimore, MD 21205

A.B. and M. J.
3610 Dillon Street
Unit 215
Baltimore, MD 21224

A.D.
3610 Dillon Street
Unit 502
Baltimore, MD 21224

A.J.
3610 Dillon Street
Unit 414
Baltimore, MD 21224

A.K.
3610 Dillon Street
Unit 307
Baltimore, MD 21224

A.M.
3610 Dillon Street
Unit 504
Baltimore, MD 21224

A.M.
3610 Dillon Street
Unit 505
Baltimore, MD 21224

Apartment.com
3350 Peachtree Rd NE
Atlanta, GA 30326

C.D.
3610 Dillon Street
Unit 407
Baltimore, MD 21224

C.H.
3610 Dillon Street
Unit 314
Baltimore, MD 21224


C.H.
3610 Dillon Street
Unit 403
Baltimore, MD 21224


C.H. and S.H.
3610 Dillon Street
Unit 510
Baltimore, MD 21224


C.P.
3610 Dillon Street
Unit 202
Baltimore, MD 21224


C.P.
3610 Dillon Street
Unit 207
Baltimore, MD 21224


C.P.
3610 Dillon Street
Unit 507
Baltimore, MD 21224


C.T.
3610 Dillon Street
Unit 313
Baltimore, MD 21224


Carroll L. Bond, Jr., Investment Trust
5501 Pulaski Highway
Baltimore, MD 21205


CYP
3610 Dillon Street
Unit 306
Baltimore, MD 21224

D.D. and C.B.
3610 Dillon Street
Unit 401
Baltimore, MD 21224


D.J.
3610 Dillon Street
Unit 315
Baltimore, MD 21224


D.S.
3610 Dillon Street
Unit 501
Baltimore, MD 21224


D.S. and R.O.
3610 Dillon Street
Unit 309
Baltimore, MD 21224


David Penner
757 SE 17th Street # 233
Fort Lauderdale, FL 33316


David Sommer, Esq.
Gallagher LLP
650 South Exeter Street
Suite 1200
Baltimore, MD 21202


E.W. and M.S.
3610 Dillon Street
Unit 415
Baltimore, MD 21224


Fund Investment 171, LLC
700 Forest Avenue
Birmingham, MI 48009


G.S.
3610 Dillon Street
Unit 213
Baltimore, MD 21224

G.V.H.
3610 Dillon Street
Unit 503
Baltimore, MD 21224


J.B.
3610 Dillon Street
Unit 409
Baltimore, MD 21224


J.H.
3610 Dillon Street
Unit 203
Baltimore, MD 21224


J.H. and E.H.
3610 Dillon Street
Unit 311
Baltimore, MD 21224


J.K.
3610 Dillon Street
Unit 214
Baltimore, MD 21224


J.M. and J.M.
3610 Dillon Street
Unit 211
Baltimore, MD 21224


J.S.
3610 Dillon Street
Unit 506
Baltimore, MD 21224


J.T.
3610 Dillon Street
Unit 412
Baltimore, MD 21224


JFY Properties LLC
5501 Pulaski Highway
Baltimore, MD 21205

JPMorgan Chase Bank NA
270 Park Avenue
New York, NY 10017


K.B.
3610 Dillon Street
Unit 312
Baltimore, MD 21224


K.C.
3610 Dillon Street
Unit 513
Baltimore, MD 21224


K.F.
3610 Dillon Street
Unit 208
Baltimore, MD 21224


K.G.
3610 Dillon Street
Unit 208
Baltimore, MD 21224


K.J.
3610 Dillon Street
Unit 209
Baltimore, MD 21224


K.S.
3610 Dillon Street
Unit 408
Baltimore, MD 21224


L.M. and M.N.
3610 Dillon Street
Unit 512
Baltimore, MD 21224


L.M.S.M.
3610 Dillon Street
Unit 305
Baltimore, MD 21224

L2 Accomodations
3610 Dillon Street
Unit 201
Baltimore, MD 21224


Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116


M.E.
3610 Dillon Street
Unit 302
Baltimore, MD 21224


M.H.F. and M.E.F.
3610 Dillon Street
Unit 405
Baltimore, MD 21224


M.M. and M.D
3610 Dillon Street
Unit 301
Baltimore, MD 21224


M.W.
3610 Dillon Street
Unit 413
Baltimore, MD 21224


M.Z.
3610 Dillon Street
Unit 304
Baltimore, MD 21224


N.H.
3610 Dillon Street
Unit 511
Baltimore, MD 21224


N.M.
3610 Dillon Street
Unit 508
Baltimore, MD 21224

N.N.
3610 Dillon Street
Unit 303
Baltimore, MD 21224


O.R.
3610 Dillon Street
Unit 308
Baltimore, MD 21224


Otis Elevator
840 Franklin Ct Suite 200
Marietta, GA 30067


R.H.
3610 Dillon Street
Unit 205
Baltimore, MD 21224


S.F.
3610 Dillon Street
Unit 212
Baltimore, MD 21224


S.G. and R. M.
3610 Dillon Street
Unit 204
Baltimore, MD 21224


S.S.
3610 Dillon Street
Unit 406
Baltimore, MD 21224


Shapiro Sher Guinot & Sandler, P.A.
250 West Pratt Street, Suite 2000
Baltimore, MD 21201


T.B.
3610 Dillon Street
Unit 410
Baltimore, MD 21224

```
T.C.
3610 Dillon Street
Unit 515
Baltimore, MD 21224


W.P.
3610 Dillon Street
Unit 404
Baltimore, MD 21224


W.S.
3610 Dillon Street
Unit 206
Baltimore, MD 21224


Z.I.
3610 Dillon Street
Unit 514
Baltimore, MD 21224


Zillow
1301 Second Avenue, Floor 36
Seattle, WA 98101
```

# United States Bankruptcy Court
## District of Maryland

In re  **JFY Properties II LLC**

Debtor(s)

Case No. _____

Chapter  **11**  _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JFY Properties II LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**JFY Properties LLC**
**5501 Pulaski Highway**
**Baltimore, MD 21205**

☐ None [*Check if applicable*]

**May 26, 2026**

Date

**/s/ Justin P. Fasano**

**Justin P. Fasano**

Signature of Attorney or Litigant

Counsel for   **JFY Properties II LLC**

**McNamee Hosea,  P.A.**

**6404 Ivy Lane, Suite 820**
**Greenbelt, MD 20770**
**301-441-2420 Fax:301-982-9450**
**jfasano@mhlawyers.com**